**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| | |
|---|---|
| **BENITA FRIER**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, ET AL.**,<br><br>　　　　Defendant. | CASE NO. 1:26-cv-992-DAP<br><br>Hon. Dan Aaron Polster |

**PLAINTIFF'S MOTION FOR CLERK'S
DEFAULT AGAINST DEFENDANT JOSH BEERS**

Plaintiff Benita Frier, by and through undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves for the entry of a default by the Clerk of Court against Defendant Josh Beers, individually, for failure to serve any paper on the undersigned or file any paper required by law and states as follows:

1.　　　　On April 27, 2026, Plaintiff filed her Complaint for actual and compensatory damages, including back pay, emotional distress, and front pay, attorney fees, and declaratory relief under Title VII of the Civil Rights Act of 1964 and Ohio R.C. 4112. *See generally* DN 1, PageID#: 1–12.

2.　　　　On April 29, 2026, Defendant University Hospitals Cleveland Medical Center was served with a Summons and copy of the Complaint. *See* Affidavit of Service, DN 5, PageID#: 31–33.

3.　　　　Defendant University Hospital Cleveland Medical Center timely filed its answer to Plaintiff's Complaint. *See generally* DN 6, PageID#: 34–45.

4.　　　　On April 30, 2026, Defendant Josh Beers was served with a Summons and copy of

1

the Complaint. *See* Affidavit of Service, DN 4, PageID#: 28–30.

5.　　Defendant Josh Beers' response to the Complaint was due on or before May 21, 2026.

6.　　As of the filing of this Motion, Josh Beers has not filed a response to the Complaint and has therefore failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure.

**MEMORANDUM OF LAW**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and in accordance with Sixth Circuit precedent, Defendants were required to file a pleading in response to the Complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendant Josh Beers' response to the Complaint was due on or before May 21, 2026. As a result, Defendant Josh Beers has not timely responded to the Complaint despite being properly served.

WHEREFORE, Plaintiff respectfully requests that in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the clerk enter a default against Defendants for failure to serve any paper on the undersigned or file any paper required by law.

Respectfully submitted,

*s/J. Corey Asay*
J. Corey Asay
HKM EMPLOYMENT ATTORNEYS LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
T: (513) 318-4496
F: (513) 318-4496
E: casay@hkm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I filed the foregoing using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

*s/J. Corey Asay*
*Counsel for Plaintiff*