**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

| | |
|---|---|
| **BENITA FRIER**, | CASE NO. 1:26-cv-992 |
| Plaintiff, | |
| | Hon. Dan Aaron Polster |
| v. | |
| | **Plaintiff's Unopposed Motion to Continue** |
| **UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, ET AL.,** | **the Case Management Conference** |
| Defendants. | |

Counsel for Plaintiff Benita Frier moves this Court to continue the Case Management Conference, currently scheduled for July 15, 2026, at 10:00 a.m. In support of this motion, Counsel states as follows:

1.      Counsel for Plaintiff has communicated the date and time of the Case Management Conference to Plaintiff on multiple occasions. To date, however, Counsel has not received confirmation from Plaintiff that she is available or able to attend the conference. As such, Counsel for Plaintiff is unsure whether Plaintiff can attend the conference on the currently scheduled date.

2.      A continuance of the conference would allow Counsel for Plaintiff additional time to make further attempts to communicate with Plaintiff regarding the Case Management Conference and the Court's requirements for it, including each party's physical attendance.

3.      Counsel for Plaintiff has discussed this request with Defendants' Counsel, and he does not oppose the requested continuance.

1

**WHEREFORE**, Counsel for Plaintiff respectfully requests that this Court continue the

Case Management Conference by 30 days.

Respectfully submitted,

*s/J. Corey Asay*
J. Corey Asay
HKM EMPLOYMENT ATTORNEYS LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
T/F: (513) 318-4496
E: casay@hkm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, I filed the foregoing using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

*s/J. Corey Asay*
*Counsel for Plaintiff*