**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION**

| | |
|---|---|
| **BENITA FRIER**,<br><br>           Plaintiff,<br><br>v.<br><br>**UNIVERSITY HOSPITALS<br>CLEVELAND MEDICAL CENTER,<br>ET AL.**,<br><br>           Defendant. | CASE NO. 1:26-cv-992<br><br>**ORDER** |

Having reviewed the Unopposed Motion for Continuance of the Case Management Conference, and for good cause shown, the Court hereby **GRANTS** the motion. The Case Management Conference is hereby rescheduled to _____ at _____ a.m./p.m.

SO ORDERED this _____ day of July, 2026

_____
Dan Aaron Polster
U.S. District Judge

1